IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BENJAMIN SWEENEY : Civ. No. 4:11-CV-01691
:
    Plaintiff, : (Judge Brann)
:
v. :
:
ROCHE DIAGNOSTICS CORP., :
:
    Defendant. :

## ORDER

December 19, 2013

AND NOW, this 19th day of December, 2013, it is hereby ORDERED, in accordance with a Memorandum of this same date, that:

1. Defendant Roche Diagnostics Corporation's Motion for Summary Judgment is DENIED.

2. Plaintiff Benjamin Sweeney's Motion for Summary Judgment is DENIED.

3. Plaintiff Benjamin Sweeney's claims for punitive damages under the Pennsylvania Human Rights Act, 43 Pa. C.S.A. § 955 et seq., are WITHDRAWN.

                                  BY THE COURT:

                                  s/ Matthew W. Brann
                                  Matthew W. Brann
                                  United States District Judge